UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregory Carlos HOPKINS,
Defendant–Appellant.

No. 00–4854.

United States Court of Appeals,
Fourth Circuit.

Submitted April 30, 2001.

Decided May 16, 2001.

Mary Lou Newberger, Acting Federal Public Defender, Brian J. Kornbrath, Assistant Federal Public Defender, Charleston, WV, for appellant. Rebecca A. Betts, United States Attorney, John L. File, Assistant United States Attorney, Charleston, WV, for appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Gregory Carlos Hopkins appeals the sentence imposed on his conviction after a jury trial for threatening a federal informant in violation of 18 U.S.C.A. § 1513(b)(2) (West 2000). Specifically, Hopkins disputes the district court's application of an eight-level increase under USSG § 2J1.2(b)(1) for threatening to cause physical injury in order to obstruct the administration of justice. After a thorough review of the briefs, presentence report, and transcripts before this court, we conclude that the district court committed no error in applying § 2J.2(b)(1). *See*

*United States v. Weston*, 960 F.2d 212, 218 (1st Cir.1992); *see also United States v. Cunningham*, 54 F.3d 295, 302 (7th Cir. 1995). Hopkins' claim to this effect is without merit.

Accordingly, we affirm Hopkins' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*